UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM　　　　　　　　　　　　　　　　PLAINTIFF
ADC #128147

V.　　　　　　　　　　No. 5:19CV00208-JM-JTR

WENDY KELLEY, Director, ADC　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 9th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE